UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA DAWSON AS TRUSTEE OF THE ESTATE OF FREDERICK DAWSON<br><br>VS<br><br>TAKEDA PHARMACEUTICALS U.S.A, INC. AND TAKEDA PHARMACEUTICAL COMPANY LIMITED | MISC. CASE NO. 17-mc-0131<br><br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

## REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, FREDERICK DAWSON

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Barbara Dawson, as Executor and Derivative Claimant; and Nicholas Dawson and Susanne Dawson as Derivative Claimants and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Barbara Dawson, as Executor and Derivative Claimant; and Nicholas Dawson and Susanne Dawson as Derivative Claimants individually and as legal heirs to the Estate of Frederick Dawson, deceased, and Takeda, as notice to the Court on July 25, 2017 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this <u>25th</u> of <u>August</u>, 2017.

						          _____
						          HONORABLE PATRICK J. HANNA
						          UNITED STATES MAGISTRATE JUDGE